**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6622**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARIO ALONSO MARQUEZ-RAMOS, a/k/a Cheeseman,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Salisbury.  Frank W. Bullock, Jr., Chief District Judge.  (CR-90-303-S, CA-94-209-4)

---

Submitted:  November 7, 1996      Decided:  November 19, 1996

---

Before RUSSELL and WIDENER, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Mario Alonso Marquez-Ramos, Appellant Pro Se.  David Bernard Smith, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214, and motion for return of property. We have reviewed the record and the district court's opinions accepting the recommendations of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Marquez-Ramos, Nos. CR-90-303-S; CA-94-209-4 (M.D.N.C. Oct. 24, 1995; Apr. 4, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2